UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOSEPH T.,

Plaintiff,

v.

COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,

Defendant.

Case No. 25-12152

Honorable Robert J. White
Magistrate Judge David R. Grand

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DENYING THE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Joseph T. ("Plaintiff") brings this action pursuant to 42 U.S.C. § 405(g), challenging the final decision of Defendant Commissioner of the Social Security Administration ("Commissioner") denying his application for Supplemental Security Income ("SSI") under the Social Security Act (the "Act"). Both parties filed motions for summary judgment, (ECF Nos. 11, 16), which were referred to the Magistrate Judge.

Before the Court is Magistrate Judge David R. Grand's August 10, 2026 report and recommendation. (ECF No. 18). The report recommends that the Court grant the

Commissioner's motion for summary judgment (ECF No. 16) and deny the Plaintiff's motion for summary judgment (ECF No. 11), and that the ALJ's decision be affirmed. None of the parties objected to the report and recommendation pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review the matter and believes that the Magistrate Judge reached the correct conclusions for the appropriate reasons.

Accordingly, it is **ORDERED** that the Magistrate Judge's August 10, 2026 report and recommendation (ECF No. 18) is hereby accepted and adopted.

Further, it is **ORDERED** that Defendant Commissioner of the Social Security Administration's motion for summary judgment (ECF No. 16) is **GRANTED**.

Further, it is **ORDERED** that Plaintiff Joseph T.'s motion for summary judgment (ECF No. 11) is **DENIED**.

Further, the Administrative Law Judge's decision is **AFFIRMED.**

Dated: September 1, 2026

s/Robert J. White
Robert J. White
United States District Judge